J. Howard Johnson, as Receiver, et al., Appellants, v. John M. Smith, as County Treasurer of the County of Albany, et al., Respondents.— Motion for an order resettling, *nunc pro tunc*, the order of this court entered the 8th day of May, 1947, permitting leave to appeal to the Court of Appeals, so as to include in said permissive order the said defendants, Yetta V. Sandler, John Carroll and L. Berman, as appellants. Motion granted, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ. [See 272 App. Div. 843.]

In the Matter of the Claim of Ethel E. Brundage, Appellant, against Department of Correction of the State of New York et al., Respondents. Workmen's Compensation Board, Respondent.— Appeal by claimant from a decision of the former State Industrial Board which determined that the disability and death of claimant's husband did not result from an accidental injury sustained in the course of his employment. Only an issue of fact is involved. There is evidence to sustain the decision, as well as evidence against. We have no power to weigh the evidence. Decision unanimously affirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Claim of Eva Ercanbrack, Respondent, against Imperial Color Works et al., Appellants. Workmen's Compensation Board, Respondent.— Award for death benefits arising through the death of an employee from lead poisoning. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.